**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
FRANCISCO J. RAMOS, STATE BAR NO. 332619
fr@brockgonzales.com

**Attorneys for Plaintiff**
L'TANYA MCCALLUM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

L'TANYA MCCALLUM, an individual,

Plaintiff,

vs.

HERTZ TRANSPORTING, INC., a Delaware corporation; DTG OPERATIONS, INC., an Oklahoma corporation; and DOES 1-50, inclusive,

Defendants.

**Case No.:** 5-19-cv-00858-TJH-JPRx

**ORDER GRANTING DISMISSAL WITH PREJUDICE [JS-6]**

///
///
///
///
///
///
///
///

B&G BROCK & GONZALES

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: SEPT. 21, 2021

TERRY J. HATTER JR.
United States District Judge